UNITED STATES DISTRICT COURT FOR THE
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-CV-5598 |
| | ) | Judge Feinerman |
| CITY OF CHICAGO and OFFICER | ) | |
| NICHOLAS HERTKO, Star # 18278, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR JUDGMENT ON ATTORNEYS' FEES AND COSTS**

NOW COMES Plaintiff Luis Garcia and Defendants City of Chicago and Nicholas Hertko, by their respective attorneys, and move this Court for an order granting their Agreed Motion For Judgment On Attorneys' Fees and Costs. In support of this Motion, the parties state as follows:

1) On January 11, 2013, a judgment was entered in favor of the Plaintiff, Luis Garcia, against the Defendants, Nicholas Hertko and the City of Chicago, for compensatory damages in the amount of $40,000.00. Dkt. # 136.

2) Plaintiff is entitled to reasonable attorneys' fees and costs as Plaintiff prevailed on claims brought pursuant to 42 U.S.C. § 1983. 42 U.S.C. § 1988. The Parties stipulate that three hundred fifty thousand and 00/100 dollars ($350,000.00) is a fair and reasonable sum for attorney's fees pursuant to 42 U.S.C. section 1988 and costs incurred by Plaintiff.

3) The Parties respectfully request that the Court enter a Judgment Order in accord with the Parties' stipulation and agreement. A draft Order is attached as Exhibit A.

WHEREFORE, the Parties respectfully request that this Court grant their Agreed Motion and enter a Judgment Order pursuant to the parties' agreement.

Respectfully Submitted,

/s/  Tracey A. Dillon
One of the Attorneys for the Defendants

Tracey A. Dillon (ARDC No. 6255851)
Meckler Bulger Tilson Marick & Pearson LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Telephone:    (312) 474-7900
Fax:             (312) 474-7898

Jared Kosoglad
Jared S. Kosoglad, P.C.
118 S. Clinton Suite 200
Chicago, IL 60661
312-513-6000
jared@jaredlaw.com

## **CERTIFICATE OF SERVICE**

      I, Tracey A. Dillon, hereby certify that I electronically filed the preceding Agreed Motion for Entry of Order for Attorneys' Fees on March 14, 2014, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties.

                                                    /s/ Tracey A. Dillon
                                                       Tracey A. Dillon